Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com
mark@dplsf.com

Attorneys for Plaintiff
KIMBERLY TERRELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY TERRELL,<br><br>    Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC.,<br><br>    Defendants. | Case No. 09-5173 CRB<br><br>**STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on December 16, 2009, the parties received the Clerk's Notice that the Initial Case Management Conference in this case is to take place at 8:30 a.m. on February 19, 2010;

WHEREAS, Noah D. Lebowitz, lead counsel for the plaintiff has a conflict with that date in that he is scheduled to be out of town at a professional conference;

WHEREAS, the parties have met and conferred regarding Mr. Lebowitz' scheduling conflict;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, that the Initial Case Management Conference in this case be continued by one week, to February 26, 2010 at 8:30 am.

Dated: December 18, 2009         DUCKWORTH · PETERS · LEBOWITZ LLP

By:_____/s/_____,
　　　Noah D. Lebowitz
Attorneys for Plaintiff Kimberly Terrell

Dated: December 18, 2009         HOWARD RICE NEMEROVSKI CANADY
                                 FALK & RABKIN, PC

By: _____/s/_____,
　　　Gilbert J. Tsai
Attorneys for Defendant IAC Search & Media, Inc.

## **ORDER**

Having considered the above Stipulation, and finding good cause, the Court HEREBY ORDERS that the Initial Case Management Conference in this case is hereby CONTINUED to February 26, 2010 at 8:30 a.m.   All other deadlines, including the deadline to submit an initial case management statement, are continued accordingly.

Dated: _Jan. 05, 2010_____        _____
                                  HON. CHARLES R. BREYER
                                  U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 2 –

**STIPULATION & [PROPOSED] ORDER CONT. INITIAL CASE MANAGEMENT CONFERENCE**