Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:   noah@dplsf.com
           mark@dplsf.com

Attorneys for Plaintiff
KIMBERLY TERRELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY TERRELL, | Case No. 09-5173 CRB |
| Plaintiff, | **STIPULATION & [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| IAC SEARCH & MEDIA, INC., | |
| Defendants. | |

WHEREAS, on December 16, 2009, the parties received the Clerk's Notice that  the Initial Case Management Conference in this case is to take place at 8:30 a.m. on February 19, 2010;

WHEREAS, Noah D. Lebowitz, lead counsel for the plaintiff has a conflict with that date in that he is scheduled to be out of town at a professional conference;

WHEREAS, the parties have met and conferred regarding Mr. Lebowitz' scheduling conflict;

235 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333    415-449-6556 (Fax)

THEREFORE IT IS HEREBY STIPULATED AND AGREED, that the Initial Case Management Conference in this case be <u>continued</u> by one week, to February 26, 2010 at 8:30 am.

Dated:   December 18, 2009

DUCKWORTH · PETERS · LEBOWITZ LLP

By:_____/s/_____,
　　　　　　Noah D. Lebowitz
Attorneys for Plaintiff Kimberly Terrell

Dated:  December 18, 2009

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, PC

By: _____/s/_____,
　　　　　　Gilbert J. Tsai
Attorneys for Defendant IAC Search & Media, Inc.

## <u>ORDER</u>

Having considered the above Stipulation, and finding good cause, the Court HEREBY ORDERS that the Initial Case Management Conference in this case is hereby CONTINUED to February 26, 2010 at 8:30 a.m.   All other deadlines, including the deadline to submit an initial case management statement, are continued accordingly.

Dated:  _ Jan. 05, 2010 _____

_____
HON. CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION & [PROPOSED] ORDER CONT. INITIAL CASE MANAGEMENT CONFERENCE

255 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333     415-449-6656 (Fax)