Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com
        mark@dplsf.com

Attorneys for Plaintiff
KIMBERLY TERRELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| KIMBERLY TERRELL,<br><br>    Plaintiff,<br><br>v.<br><br>IAC SEARCH & MEDIA, INC.,<br><br>    Defendants. | Case No. 09-5173 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate and agree that this case be dismissed in its entirety, with prejudice.  The parties further hereby stipulate and agree that each side will bear their own fees and costs associated with this action.

- 1 -

Dated:  May 10, 2010

DUCKWORTH · PETERS · LEBOWITZ LLP

By: _____
NOAH D. LEBOWITZ
Attorneys for Plaintiff Kimberly Terrell

Dated:  May 10, 2010

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, PC

By: _____
DAVID J. REIS
Attorneys for Defendant IAC Search & Media, Inc.

### ORDER

Pursuant to stipulation of the parties, this case hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE, each side bearing their own fees and costs.

IT IS SO ORDERED.

DATED:  May 17, 2010

_____
HON. CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Duckworth · Peters · Lebowitz  LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
415-433-0333   415-449-6556 (Fax)